UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TRANIKA MCIVER,

    Plaintiff,

CASE NO.: 3:20-cv-508-J-39MCR

vs.

GEOVERA SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, TRANIKA MCIVER, and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, by and through their respective counsel, pursuant to this Court's Case Management and Scheduling Order and Referral to Mediation (Doc. 9) and Local Rule 3.09(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for the resolution of this matter and are in the process of confirming the terms of the settlement and finalizing settlement documents.

Plaintiff and Defendant respectfully request sixty (60) days to finalize the settlement documents and file the proper closing documents with the Court.

*SPACE LEFT INTENTIONALLY BLANK*

**Dated: April 22, 2021**

| **MORGAN & MORGAN** | **GORDON REES SCULLY MANSUKHANI LLP** |
|---|---|
| *s/ Glenn F. Gaver* | *s/ Kristina L. Marsh* |
| Glenn F. Gaver, Esquire | Kristina L. Marsh, Esquire |
| Florida Bar No.: 0074154 | Florida Bar No. 311080 |
| ggaver@forthepeople.com | Primary: kmarsh@grsm.com |
| ldurham@forthepeople.com | Secondary: kwarrington@grsm.com |
| laguayo@forthepeople.com | Secondary: kstubbs@grsm.com |
| 77 South Laura Street | 601 S. Harbour Island Blvd., Suite 109 |
| Suite 1100 | Tampa, FL 33602 |
| Jacksonville, FL 32202 | Direct Line: 813-523-4937 |
| Telephone: 904-361-4407 | Main Office Number: 813-444-9700 |
| Facsimile: 904-361-7224 | Facsimile: 813-377-3505 |
| *Counsel for Plaintiff* | *Counsel for Defendant, GeoVera Specialty Insurance Company* |